AO 257 (Rev. 6/78)

| DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT | |
|---|---|
| BY: ☐ COMPLAINT  ☒ INFORMATION  ☐ INDICTMENT  ☐ SUPERSEDING | Name of District Court, and/or Judge/Magistrate Location<br>**NORTHERN DISTRICT OF CALIFORNIA**<br>**SAN FRANCISCO DIVISION** |

**OFFENSE CHARGED**

36 C.F.R. § 1004.23(a)(1) - Driving Under the Influence of Alcohol (Class B Misdemeanor); 36 C.F.R. § 1004.23(a)(2) - Driving With a Blood Alcohol Content Above 0.08% (Class B Misdemeanor); 36 C.F.R. § 1004.22(b)(1) - Failure to Maintain Control of a Vehicle (Class B Misdemeanor)

☐ Petty
☐ Minor
☒ Misdemeanor
☐ Felony

PENALTY:  Maximum Jail Term: 6 months
Maximum Fine: $5,000
Mandatory Special Assessment Fee: $10

**DEFENDANT - U.S**

▶ JAMES N. FORD

**DISTRICT COURT NUMBER**

CR 08 0311 MAG

---

**DEFENDANT**

**PROCEEDING**

Name of Complaintant Agency, or Person (& Title, if any)

United States Park Police, Department of Interior

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrp 20, 21, or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:  ☐ U.S. ATTORNEY  ☐ DEFENSE  } SHOW DOCKET NO.

☐ this prosecution relates to a pending case involving this same defendant  } MAGISTRATE CASE NO.

☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under  }

Name and Office of Person Furnishing Information on this form   JOSEPH P. RUSSONIELLO

☒ U.S. Attorney  ☐ Other U.S. Agency

Name of Assistant U.S. Attorney (if assigned)   WENDY THOMAS

**IS NOT IN CUSTODY**
1) ☒ Has not been arrested, pending outcome this proceeding. If not detained give date any prior summons was served on above charges ▶ 04/05/2008
2) ☐ Is a Fugitive
3) ☐ Is on Bail or Release from (show District)

**IS IN CUSTODY**
4) ☐ On this charge
5) ☐ On another conviction  } ☐ Federal  ☐ State
6) ☐ Awaiting trial on other charges
   If answer to (6) is "Yes", show name of institution

Has detainer been filed?  ☐ Yes  ☐ No  } If "Yes" give date filed

DATE OF ARREST ▶  Month/Day/Year

Or... if Arresting Agency & Warrant were not

DATE TRANSFERRED TO U.S. CUSTODY ▶  Month/Day/Year

☐ This report amends AO 257 previously submitted

---

**ADDITIONAL INFORMATION OR COMMENTS**

PROCESS:
☐ SUMMONS  ☐ NO PROCESS*  ☐ WARRANT    Bail Amount:

If Summons, complete following:
☐ Arraignment  ☐ Initial Appearance

Defendant Address:

\* Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Date/Time:                Before Judge:

Comments:

1  JOSEPH P. RUSSONIELLO (CABN 44332)
   United States Attorney
2
3
4
5
6
7
8                  UNITED STATES DISTRICT COURT
9                 NORTHERN DISTRICT OF CALIFORNIA
10                     SAN FRANCISCO DIVISION
11
12 | UNITED STATES OF AMERICA,          ) No.   08 - 0311
   |                                    )
13 |       Plaintiff,                   ) VIOLATIONS: 36 C.F.R. § 1004.23(a)(1) -
   |                                    ) Driving Under the Influence of Alcohol
   |                                    ) (Class B Misdemeanor); 36 C.F.R. §
14 |                                    ) 1004.23(a)(2) - Driving with a Blood    MAG
   |   v.                               ) Alcohol Content Above 0.08% (Class B
15 |                                    ) Misdemeanor); 36 C.F.R. § 1004.22(b)(1) -
   |                                    ) Failure to Maintain Control of a Vehicle
16 | JAMES N. FORD,                     ) (Class B Misdemeanor)
   |                                    )
17 |                                    ) SAN FRANCISCO VENUE
   |       Defendant.                   )
18 |_____)
19
                        **INFORMATION**
20
21 The United States Attorney charges:

22 COUNT ONE: 36 C.F.R. § 1004.23(a)(1) - Driving under the Influence of Alcohol

23   On or about April 5, 2008, while within the boundaries of an area under the purview of the

24 National Park Service and administered by the Presidio Trust in the Northern District of

25 California, the defendant,

26                              JAMES N. FORD,

27 did operate and was in actual physical control of a motor vehicle while under the influence of

28 alcohol to a degree that rendered him incapable of safe operation, in violation of Title 36, Code

INFORMATION

1 | of Federal Regulations, Section 1004.23(a)(1), a Class B Misdemeanor.

2 | COUNT TWO: 36 C.F.R. § 1004.23(a)(2) - Driving With a Blood Alcohol Content Above 0.08%

3 | On or about April 5, 2008, while within the boundaries of an area under the purview of the National Park Service and administered by the Presidio Trust in the Northern District of California, the defendant,

JAMES N. FORD,

did operate and was in actual physical control of a motor vehicle while having at least 0.08 percent, by weight, of alcohol in his blood and breath, in violation of Title 36, Code of Federal Regulations, Section 1004.23(a)(2).

COUNT THREE: 36 C.F.R. §1004.22(b)(1) - Failure to Maintain Control of a Vehicle

On or about April 5, 2008, while within the boundaries of an area under the purview of the National Park Service and administered by the Presidio Trust in the Northern District of California, the defendant,

JAMES N. FORD,

did operate a motor vehicle without due care and at a speed greater than that which is reasonable and prudent considering traffic, weather, road and light conditions, and road character, in violation of Title 36, Code of Federal Regulations, Section 1004.22(b)(1), a Class B Misdemeanor.

DATED: May 9, 2008

JOSEPH P. RUSSONIELLO
United States Attorney

KYLE F. WALDINGER
Deputy Chief, Major Crimes Section

(Approved as to form: _____)
WENDY THOMAS
Special Assistant United States Attorney

INFORMATION